My name is Michael R. Coe #2457826 and I am currently incarcerated at the Fort Stockton N-5 unit in Fort Stockton, Texas 79735

I would like to see if I can press charges against Pamela G. Salaam. 03/13/1971 current address 646 Ridgeline Drive, Hurst, TX. 76053 while I was incarcerated in Tarrant County Texas Jail from October 14, 2022 until January 17, 2023 while incarcerated Pamela had in her person, my phone, my birth-certificate, and copies of my social security number, DD-214 discharge papers from when I was in the Army, my checking account information and other credit information of mine. I.D. card

Pamela Salaam opened a checking account in my name, then she created a power of attorney which I did not sign, I believe she went to her sister Crystal Salaam address I don't remember she lives in Saginaw Texas off Marine Creek Parkway. Pamela's sister Crystal is a Notary Public, I believe Crystal notarized the power of attorney.

Pamela called the Veterans and had my Disability check of $1,663.06 deposited in the Netspend account she created and opened in my name. Also Pamela called Social Security and had my retirement check of $1,007.00 a month deposited in the Net Spend account.

When I got out of Tarrant County Jail on Jan. 17th 2023 I went to 646 Ridgeline Drive, Hurst, TX. 76053 I tried to get my money back from Pamela but she refused to give me my phone or any other peice of identity but she refused. I spent months trying to get everything stole from me. But she refused to give me my items.

On the two added sheets you will see a list of crimes Pamela has committed against me. Please check this out and maybe make some federal charges against Pamela G. Salaam and her sister Crystal Salaam for her part of being a Notary Public.

Thank You

Michael R. Coe
#2457826
07/16/1958
Fort Stockton Unit N-5
1536 IH 10 East
Ft. Stockton, TX. 79735

FILED - USDC - NDTX - AB
NOV 20 2023 PM 1:17

over

I pressed charges against Pamela G. Salaam with the Hurst Police Department in March 2023, also there is a warrant from the City of Ft. Worth for a ticket for $800.00 for breaking an umbrella over my head in 2019. Pamela has served a 2 year sentence for almost killing a man around 2014 or earlier, also Pamela served 2 years for debit card abuse of a elderly person, this person was her mother.

I would appreciate your help with this matter. Also in 2021 I called the Fort Worth Police about trying to get help. Pamela hit me in the head with a mop handle, the Police officer told me I had two choices, go to a shelter for the homeless or go back to Pamela, He told me that I was a man, that I was not a victim of Domestic Violence, men can take care of themselves. There is not a place for a man who is a victim of Domestic violence.

The Police would rather I beat a woman and arrest me, instead of arresting a known person who preys on elderly men and beats them. I'm surprised that no Police Department will even go and see about arresting people who has warrants on them.

Pamela has received over $26,000.00 of my money since October of 2022, I have tried getting my money but Pamela know's it's hard for me to stop these funds from going to her.

Please Help me!

Michael R. Coe

Federal

Service Connected Disability

- 18 USC Sec. 241: Conspiracy against rights – Felony 241
- 18 USC Sec. 286: Conspiracy to defraud the government with respect to claims – Felony – ↑ 10 years
- 18 USC Sec. 287: False, Fictitious, or Fraudulent claims – Felony ↑ 5 yrs
- 18 USC Sec. 246: Deprivation of Relief Benefits – Misdemeanor
- 18 USC Sec. 664: Theft from Employee Benefit Plan – Felony – ↑ 5 yrs
- 18 USC Sec. 912: False personation of an officer or employee of the US Felony – ↑ 3 yrs
- Possession of false papers to defraud US – Felony ↑ 5 yrs – 18 USC Sec. 1002
- 18 USC Sec. 1028A. Aggravated Identity Theft
- Sec. 1621 Perjury – Felony ↑ 5 yrs
- Sec. 1920 False Statement to obtain or Fraud to obtain Federal employees' compensation – Felony ↑ 5 yrs
- Sec. 1963 (RICO) Felony ↑ 20 yrs. – Dealing in controlled substances – Sec 664 – Sec. 1028A

TX

- 15.02 Conspiracy – Second Degree Felony Conspiracy (Second highest punishment)
- Theft 31.03 & enhancements: (f)(1) & + (f)(3)(A) (State 3rd Degree Felony)
- Forgery 32.21 (c-1)(4) (enhanced by c-2) (3rd degree felony)
- 32.46 Fraudulent Securing of Doc. execution (3)(4)(c-1) (3rd Degree Felony)

TX

- 32.51 Fraudulent Use of Possession of Identifying Information (c)(3)(enhanced: c-1)
  (• Name, DOB, address, routing #, account #, phone #, SSN, VA#, DL#, Birth Cert., Discharge Papers (DD214).) (enhanced 1st degree felony)

- 32.55 Financial Abuse of Elderly Individual (d)(4) (3rd degree felony)

- 37.02 Perjury - Misd. -A

- 37.101 Fraudulent Filing of Financing Statement (a)(1)(Third degree felony)

- 39.02 Abuse of Official Capacity (a)(2)(c)(4) (State Jail Felony)

Michael R. Coe F-3
T.D.C.T. #2457286
Fort Stockton ~NJ5

P.O. Box 660400
Dallas Texas, 75266-0400

Federal Court House Northern Division
Abilene Division
341 Pine St. Room 2320
Abilene, TX. 79601-1559

RECEIVED
NOV 2 0 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS