IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MICHAEL R. COE,<br>Institutional ID No. 02457286 | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.  1:23-CV-00225-C |
| PAMELA G. SALAAM, *et al.*, | § § § | |
| Defendants. | § | |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

It is ORDERED, ADJUDGED, AND DECREED that this civil action is dismissed without prejudice for want of prosecution.

Dated March 7, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE